ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/13

TO:      Concerned Parties

FROM:    Brigitte Jones, Courtroom Deputy           Date: 9/9/13
         by Order of Judge Alvin K. Hellerstein

RE:      U. S. v. Kareem Serageldin - 12 Cr. 90 (AKH)

You are hereby notified that you are required to appear for the sentencing of defendant Kareem Serageldin.

    Date:    10/11/13
    Time:    11:00 a.m.
    Place:   U.S. Courthouse
             Southern District of New York
             500 Pearl Street, Courtroom 14D
             New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
9-9-13