# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/13

September [RECEIVED SEP 18 2013 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ]

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States Court House
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: **U.S. v. Serageldin**
(12 CR 90) (AKH)

Dear Judge Hellerstein:

We represent Kareem Serageldin in the above-captioned matter. We write, with the consent of the U.S. Attorney's Office and Pretrial Services, to request permission for Mr. Serageldin to visit a close friend in New Hampshire from this Thursday, September 19th, until Monday, September 23d. We have provided Pretrial Services with Mr. Serageldin's proposed address in New Hampshire, a back-up phone number there, and the name of the friend he proposes to visit. Should the Court grant Mr. Serageldin's request, we will also provide Pretrial Services with his travel itinerary in advance of departure.

Please let us know if we can provide any further information.

Respectfully submitted,

Sean P. Casey
+1 212 488 1205

So ordered
9-18-13
[signature]

cc: AUSA Eugene E. Ingoglia, by electronic mail
PSO Emily Rosado, by electronic mail