

U.S. Department of Justice
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2013

**By Fax: 212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

So Ordered,
Trial is excluded
10-2-13
[signature]

Re: United States v. Kareem Serageldin
    12 Cr. 90 (AKH)

Dear Judge Hellerstein:

Following up on a conversation with your Chambers, this letter is respectfully submitted to request a 5-day adjournment of the sentencing date for Kareem Serageldin, from October 11, 2013 to October 16, 2013, at 11:00 a.m. This brief delay, if granted, will allow certain issues to be addressed prior to sentencing.

Please contact me with any questions or concerns.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: [signature]
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc: Sean Casey, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/13

TOTAL P.01