UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
                                            :
United States of America                    :
                                            :   1:12-cr-00090-AKH-1
                                            :
            Plaintiff,                      :   **NOTICE OF APPEARANCE**
                                            :
v.                                          :
                                            :
                                            :
Kareem Serageldin                           :
                                            :
                                            :
            Defendant.                      :
_____ x

   Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, hereby appears as counsel of record for Defendant Kareem Serageldin. The Undersigned certifies that he is admitted to practice in this Court.

Dated: October 2, 2013

                              By:  /s/ Scott K. McCulloch
                                   Scott K. McCulloch
                                   Scott.McCulloch@kobrekim.com
                                   1919 M Street, NW Suite 410
                                   Washington, DC 20036
                                   Tel: +1 202 664 1943
                                   Fax: +1 202 664 1920

                                   *Counsel for Defendant Kareem Serageldin*